UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 3:24-cr-9-TJC-PDB

NEIL METZGER

## MOTION TO SEAL INDICTMENT AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby moves the Court to direct the Clerk to seal the Indictment, the file copy of the warrant(s), defendant information sheet(s), this motion, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant(s). Disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

The United States further moves that the Court direct the Clerk to seal the Indictment in this case except when necessary to provide certified copies of the Indictment to the United States Attorney's Office.

The United States further requests that the Court's Order allow the United States Marshals Service to release certified copies of the arrest warrant to the case agent or other appropriate law enforcement and/or to the United States Attorney's Office, upon verbal request of the United States Attorney's Office to the United States Marshals Service, without further order of the Court.

The United States further requests that the Court's Order allow the United States Marshals Service or other appropriate law enforcement agency to enter the arrest warrant into the National Crime Information Center (NCIC) database or other appropriate law enforcement database, without further order of the Court.

The United States further requests that the Court's Order allow the United States to disclose the existence of the Indictment in any subsequent search and/or seizure warrants which may be executed in conjunction with the arrest of the defendant(s).

The United States further moves that the Court direct the Clerk to unseal the documents described herein without further order when any named defendant is taken into custody.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: *(signature)*
JOHN CANNIZZARO
Assistant United States Attorney
Florida Bar No. 25790
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: John.Cannizzaro@usdoj.gov